IN THE UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF COLORADO

                         JUDGE PHILIP A. BRIMMER

                           COURTROOM MINUTES

| | |
|---|---|
| Courtroom Deputy: Kathy Preuitt-Parks | Date: October 31, 2008 |
| Court Reporter: Janet Coppock | Time: 7 minutes |
| Probation Officer: n/a | Interpreter: n/a |

**CASE NO. 92-CR-00335-EWN**

| Parties | Counsel |
|---|---|
| **UNITED STATES OF AMERICA,** | Steve Tokarz |
| Plaintiff, | |
| vs. | |
| **ANTHONY CARLOS TORRES,** | Neil MacFarlane |
| Defendant. | |

### HEARING ON SENTENCING REDUCTION

**10:35 a.m.    COURT IN SESSION**

APPEARANCES OF COUNSEL.   Defendant is not present.

Court inquires if counsel feel there is a conflict with Judge Brimmer presiding over these proceedings.

Counsel concur no conflict exists.

Defendant's Pro Se Motion for Reduction of Sentence (Doc #210), filed 6/16/08 and Supplement to Pro Se Motion for Reduction of Sentence (Doc #227), filed 9/14/08.

Comments by Mr. MacFarlane.

Court states its findings and conclusions.

**ORDERED:** Defendant's Pro Se Motion for Reduction of Sentence (Doc #210), filed 6/16/08 and Supplement to Pro Se Motion for Reduction of Sentence (Doc #227), filed 9/14/08 are **DENIED**.

**10:42 a.m.    COURT IN RECESS**

**Total in court time:       7 minutes**

**Hearing concluded**